# EXHIBIT G



**REMIT TO:**

**10465 PARK MEADOWS DRIVE SUITE 200
LONE TREE, CO 80124**

*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 10/6/2012 | 1149837 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 10/4/2012 Job: BFX-23152411 Name: Medisoft Billing Code: | 3,487.0 | $87.20 |

| Please Include your invoice number on your checks. | TOTAL | 87.20 |
|---|---|---|

Pg. 1