# EXHIBIT J

# Jim Smith

| | |
|---|---|
| **From:** | sqhayes@aol.com |
| **Sent:** | Monday, March 20, 2017 1:38 PM |
| **To:** | Jim Smith; TCheung@mofo.com |
| **Subject:** | Re: [EXT] RE: Schwanke v. JB Medical Management Solutions, Inc. and McKesson Corp |

Jim

I have not looked for any other Summary Invoices for any other orders

Westfax is a neutral third party service provider and does not takes sides

It appears that a request for all of the JB Medical Summary Invoices for all of the broadcasts since September 29, 2012 falls within Tiffany's objection

I will let you all meet and confer and work through that

Please let me know

Thanks

WBH


-----Original Message-----
From: Jim Smith <james@classlawyers.com>
To: sqhayes <sqhayes@aol.com>; TCheung <TCheung@mofo.com>
Sent: Mon, Mar 20, 2017 12:12 pm
Subject: RE: [EXT] RE: Schwanke v. JB Medical Management Solutions, Inc. and McKesson Corp

Thanks Bill, for that clarification.

From the removal list, it looks like JB Medical likely ordered several broadcasts. As early as September 2009 and as current as 2016.

As a result, of WestFax's inability to search the content of its customer's faxes, we'd request copies of all invoices for all of the broadcasts sent for JB Medical since September 29, 2012.


James M. Smith
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Phone: (312) 658-5500
Direct Dial: (312) 658-5502
Direct Fax: (312) 658-5502
Email: james@classlawyers.com

**From:** sqhayes@aol.com [mailto:sqhayes@aol.com]
**Sent:** Monday, March 20, 2017 1:05 PM

**To:** Jim Smith; TCheung@mofo.com
**Subject:** Re: [EXT] RE: Schwanke v. JB Medical Management Solutions, Inc. and McKesson Corp

Jim / Tiffany

I sent to you the Summary Invoice for the fax at issue and the removal list WestFax had for its customer

Westfax does not have a written agreement with this customer

JB Medical agreed to WestFax's Terms and Conditions each time it sent in an order

Westfax is not aware of the content of its customers fax orders and cannot determine what any other fax orders may have concerned

Thanks

WBH

-----Original Message-----
From: Jim Smith <james@classlawyers.com>
To: sqhayes <sqhayes@aol.com>; TCheung <TCheung@mofo.com>
Sent: Mon, Mar 20, 2017 11:02 am
Subject: RE: [EXT] RE: Schwanke v. JB Medical Management Solutions, Inc. and McKesson Corp

Thank you Bill.

That's a start.

There are no other responsive documents for this broadcast? No agreement between JB Medical and Westfax?

Were there any other broadcasts ordered by JB Medical concerning "Medisoft"?


James M. Smith
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Phone: (312) 658-5500
Direct Dial: (312) 658-5502
Direct Fax: (312) 658-5502
Email: james@classlawyers.com

**From:** sqhayes@aol.com [mailto:sqhayes@aol.com]
**Sent:** Monday, March 20, 2017 11:57 AM
**To:** TCheung@mofo.com; Jim Smith
**Subject:** Re: [EXT] RE: Schwanke v. JB Medical Management Solutions, Inc. and McKesson Corp

T / J

Thanks for the email

Westfax produces the Summary Invoice it has for the 10/4/12 fax broadcast and the removal list it has for JB Medical

Please let me know what you work out with the JB Medical Subpoena

WBH

-----Original Message-----
From: Cheung, Tiffany <TCheung@mofo.com>
To: 'Jim Smith' <james@classlawyers.com>; sqhayes <sqhayes@aol.com>
Sent: Mon, Mar 20, 2017 10:01 am
Subject: RE: [EXT] RE: Schwanke v. JB Medical Management Solutions, Inc. and McKesson Corp

Counsel,

Regarding the subpoena to Westfax, Defendant does not object to Westfax's production of documents related to the subject fax at issue, attached as Exhibit A of plaintiff's complaint and allegedly sent on October 4, 2012. To the extent that Westfax does not have any records regarding this subject fax, however, Defendant objects to plaintiff's requests for documents from a third party that had no involvement in the transmission of the fax at issue in the complaint. Further, Defendant continues to object on the grounds raised in its written objections served on February 21, 2017.

Regarding the subpoena to JB Medical, to the extent plaintiff does not agree with the objections asserted to the JB Medical subpoena, we are willing to confer about the appropriate scope of that subpoena as well.

Tiffany Cheung
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105
(415) 268-6848
tcheung@mofo.com
www.mofo.com

---

**From:** Jim Smith [mailto:james@classlawyers.com]
**Sent:** Monday, March 20, 2017 6:55 AM
**To:** sqhayes@aol.com
**Cc:** Cheung, Tiffany
**Subject:** [EXT] RE: Schwanke v. JB Medical Management Solutions, Inc. and McKesson Corp

Bill:

Do you represent JB Medical in this lawsuit? If so, when did you begin your representation of them?

The Subpoena to WestFax is an entirely different issue than the subpoena to JB Medical.

McKesson's letter concerning a few of the documents requested from JB Medical is not sufficient reason to delay a response from JB Medical. Moreover, Plaintiff rejects the limited arguments McKesson raised in its March 17 letter concerning a subpoena that was served on JB Medical more than 1 month ago.

As I wrote to Tiffany last week, Plaintiff intends to file a motion concerning the WestFax subpoena today.
Later this week, since I have yet to hear from JB Medical, Plaintiff intends to file a motion to enforce the subpoena in CDCA, ask for a transfer to the MDFL, and ask for sanctions.

Thanks,

James M. Smith
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle Street, Suite 1000

Chicago, IL 60602
Phone: (312) 658-5500
Direct Dial: (312) 658-5502
Direct Fax: (312) 658-5502
Email: james@classlawyers.com

**From:** sqhayes@aol.com [mailto:sqhayes@aol.com]
**Sent:** Monday, March 20, 2017 8:39 AM
**To:** Jim Smith
**Cc:** TCheung@mofo.com
**Subject:** Re: Schwanke v. JB Medical Management Solutions, Inc. and McKesson Corp

Jim / Tiffany

I have forwarded Plaintiff's letter regarding Discovery and McKesson's letter objecting to Discovery to JB Medical

It seems Plaintiff and McKesson should continue their discussions on the scope of Discovery and let JB Medical and WestFax know the resolution of Discovery before JB Medical and WestFax have to spend any more time responding to Subpoenas that may be beyond the scope of permissible Discovery

Please let me know what you agree to

Thanks

WBH

-----Original Message-----
From: Jim Smith <james@classlawyers.com>
To: sqhayes <sqhayes@aol.com>
Cc: joe.varner <joe.varner@hklaw.com>; jennifer.lada <jennifer.lada@hklaw.com>; Cheung, Tiffany <TCheung@mofo.com>; Roibal, Lucia X. <LRoibal@mofo.com>; Schrader, Grant C <GSchrader@mofo.com>
Sent: Mon, Mar 20, 2017 7:06 am
Subject: Schwanke v. JB Medical Management Solutions, Inc. and McKesson Corp

Attached please find a letter concerning JB Medical's failure to respond to the Rule 45 Subpoena for documents Plaintiff served on JB Medical last month.


James M. Smith
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Phone: (312) 658-5500
Direct Dial: (312) 658-5502
Direct Fax: (312) 658-5502
Email: james@classlawyers.com

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.