

**REMIT TO:**

*10465 PARK MEADOWS DRIVE SUITE 200*
*LONE TREE, CO 80124*

*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 10/6/2012 | 1149837 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 10/4/2012 Job: BFX-23152411 Name: Medisoft Billing Code: | 3,487.0 | $87.20 |

| Please Include your invoice number on your checks. | TOTAL | 87.20 |
|---|---|---|



REMIT TO:

**10465 PARK MEADOWS DRIVE SUITE 200
LONE TREE, CO 80124**
TEL: (303) 299-9329
FAX: (303) 299-9309

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 1/12/2013 | 1158941 |

| **Terms** |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 1/3/2013 Job: BFX-26273055 Name: MedisoftClinicalUserGroup Billing Code: | 12.0 | $0.31 |
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 1/9/2013 Job: BFX-26530209 Name: GMB AND JB MEDICAL Billing Code: | 6,607.0 | $165.18 |

| **Please Include your invoice number on your checks.** | TOTAL | 165.49 |
|---|---|---|

Questions? Please contact accounting@westfax.com for support        Pg. 1



**WestFax**
smart communication

REMIT TO:

**10465 PARK MEADOWS DRIVE SUITE 200
LONE TREE, CO 80124**
TEL: (303) 299-9329
FAX: (303) 299-9309

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 1/26/2013 | 1160342 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 1/22/2013 Job: BFX-27050350 Name: Medisoft_iPad1 Billing Code: | 3,348.0 | $83.72 |

| **Please Include your invoice number on your checks.** | **TOTAL** | **83.72** |
|---|---|---|

Questions? Please contact accounting@westfax.com for support