# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**LAWRENCE E. SCHWANKE, DC, a**
**Florida resident, individually and as the**
**representative of a class of similarly-**
**situated persons**

      **Plaintiff,**

**v.**                                                          **Case Nos: 5:16-cv-597-Oc-30PRL;**
                                                                  **5:17-mc-00006-WTH-PRL**


**JB MEDICAL MANAGEMENT**
**SOLUTIONS, INC., MCKESSON**
**CORPORATION and JOHN DOES 1-12**

      **Defendants.**

_____

## ORDER

I previously entered orders in these cases noting that Plaintiff's motion to compel
compliance with a subpoena decus tecum (and the motion's associated entries) were docketed in
a case pending before Judge Hodges in Case No. 5:17-mc-00006-WTH-PRL. (*Schwanke v. JB
Medical Management Solutions, Inc., et al*, 5:17-mc-00006-WTH-PRL, at Doc. 17; *Schwanke v.
JB Medical Management Solutions, Inc., et al*, 5:16-cv-597-Oc-30PRL, at Doc. 62). In those
orders, I proposed that the filings at issue should be pending before Judge Moody in Case No.
5:16-cv-597-Oc-30PRL based on the pertinent order to transfer from the California court the
filings originated in. (*See* 5:17-mc-00006-WTH-PRL, at Doc. 14).

Thus I afforded the parties a week to notify the Court whether they opposed the above-
mentioned relief; that time has now passed and only Plaintiff has responded—he consents. (5:17-
mc-00006-WTH-PRL, at Doc. 19; 5:16-cv- 597-Oc-30PRL, at Doc. 65). Accordingly, and upon

due consideration, the clerk is **DIRECTED** to transfer Docs. 1, 12, and 13 that are currently pending in Case No. 5:17-mc-00006-WTH-PRL to Case No. 5:16-cv-597-Oc-30PRL. The clerk is further **DIRECTED** to administratively close Case No. 5:17-mc-00006-WTH-PRL and terminate all pending motions.

  **DONE** and **ORDERED** in Ocala, Florida on July 5, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties