EXHIBIT E



smart communication

**REMIT TO:**

**10465 PARK MEADOWS DRIVE SUITE 200**
**LONE TREE, CO 80124**
*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 10/6/2012 | 1149837 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 10/4/2012 Job: BFX-23152411 Name: Medisoft Billing Code: | 3,487.0 | $87.20 |

| Please Include your invoice number on your checks. | TOTAL | 87.20 |
|---|---|---|

# Medisoft V18
# Is here!

## Work Smarter, Not Harder

---

### NEW FEATURES:

- Electronic Prescriptions*
- Credit Card processing
- BillFlash Electronic Patient Statement interfaces
- Post ERA files in seconds
- And many more…

# Call Now and Save 20%!

*(For Medisoft Advanced and Net Pro only. Free enrollment in electronic prescriptions until April 2013)

---



JB Medical
27464 Commerce Center Dr.
Suite C
Temecula, CA 92590
Toll Free: 877-787-8666
Fax: 951-676-4972
www.SeeMorePatients.com

## 877-787-8686

**McKESSON**
*Empowering Healthcare*

**medisoft™**

*To be removed from this list, please dial (800)841-3020, x59830; or you may fax this to (951)676-4972 with the fax number to be removed.



REMIT TO:

**10465 PARK MEADOWS DRIVE SUITE 200
LONE TREE, CO 80124**
TEL: (303) 299-9329
FAX: (303) 299-9309

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 1/26/2013 | 1160342 |

| **Terms** |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 1/22/2013 Job: BFX-27050350 Name: Medisoft_iPad1 Billing Code: | 3,348.0 | $83.72 |

| **Please Include your invoice number on your checks.** | **TOTAL** | **83.72** |
|---|---|---|

# Purchase Medisoft V18 and receive a FREE iPAD!

## You will be able to use your iPad to:

1. View Patient Information
2. View Appointments
3. Electronically Capture Charges and Diagnosis Entries
   i.e. (No More Superbills!)

### *Also works with iPhone, iPad Mini, and iTouch!*

*Purchase Medisoft Net Pro V18 and receive an Apple gift card worth $399 which can be applied to any apple product available at apple.com. Upgrades from Medisoft V17 shall receive an Apple gift card worth $200. Not available on Medisoft Advanced for Basic purchases. Hurry, this promotion ends Feb 14th, 2013! Call Now!



JB Medical
27464 Commerce Center Dr.
Suite C
Temecula, CA 92590
Toll Free: 877-787-8686
Fax 951-676-4972
www.SeeMorePatients.com

**877-787-8686**

**McKESSON**
*Empowering Healthcare*

**medisoft**

*To be removed from this list, please dial (800)541-3020, x59930; or you may fax this to (951)676-4972 with the fax number to be removed.



**REMIT TO:**

**10465 PARK MEADOWS DRIVE SUITE 200**
**LONE TREE, CO 80124**
*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 1/12/2013 | 1158941 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 1/3/2013 Job: BFX-26273055 Name: MedisoftClinicalUserGroup Billing Code: | 12.0 | $0.31 |
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 1/9/2013 Job: BFX-26530209 Name: GMB AND JB MEDICAL Billing Code: | 6,607.0 | $165.18 |

| Please Include your invoice number on your checks. | TOTAL | 165.49 |
|---|---|---|

## 2 Important Announcements:

1. Introduction to Shawna Sanchez and her medical billing company Golden Med Billing

2. Introducing Medisoft Mobile!

Many Medisoft users know Shawna Sanchez! She has been the Medisoft training and support person for many years. What you may not know is that Shawna has her own billing company, Golden Med Billing.

## www.goldenmedbilling.com  Toll Free 888-361-1996

Now, you can put Shawna's expertise to work for your practice. Call her at 888-361-1996

Shawna Sanchez, President of Golden Med Billing has been in the healthcare industry since 1993. She is highly sought after for her ability and talent to find solutions to problems many thought had no solution.

She has helped practices all across the United States making their offices more efficient and improving revenue. Her wealth of knowledge in Insurance billing, EMR systems and general knowledge throughout the healthcare industry, makes her a strong asset to any company she touches.

With a special emphasis on reimbursement and compliance issues, Shawna has successfully lead practices into accomplishing their revenue goals.



Golden Med Billing endeavors to be among the most advanced in the medical billing and coding field. We use state of the art hardware, software and electronic claim processing, all of which are upgraded often. We will check all of your CPT codes to make sure that you are utilizing the correct codes for your procedures, ensuring that you obtain the maximum reimbursement your practice is entitled to.

## Specific Performance and Pricing Proposal

- ✓ Fees are based on amount collected, not amount billed.
- ✓ If you don't get paid, we don't get paid.
- ✓ All services tailored to fit your needs.

| Service Option | Service Fee | Your Fee |
|---|---|---|
| Standard Service | 7.9% | 6.9% |
| Premium Service | 8.9% | 7.9% |
| ❖ EMR Service | 10.9% | 9.9% |

❖ Full EMR services, PLUS assistance with qualifying for meaningful use incentives. This government incentive program will pay you a bonus for switching to EMR.

Schwanke 0161

# Golden Med Billing offers different levels of service to meet your needs.

| Golden Med Billing - Patient Accounting Services | Standard | Premium | Plus |
|---|:---:|:---:|:---:|
| Medisoft Training | ✓ | ✓ | ✓ |
| Transmits & Monitors Claim Submissions | ✓ | ✓ | ✓ |
| Perform Claim Tracking and Working Unpaid Claims | ✓ | ✓ | ✓ |
| Submit Claims to Secondary | ✓ | ✓ | ✓ |
| Post Payments & Adjustments | ✓ | ✓ | ✓ |
| Send Patient statements | ✓ | ✓ | ✓ |
| Patient Phone calls regarding statements | ✓ | ✓ | ✓ |
| Soft Collections, Calling Your Patients With Past Due Balances | ✓ | ✓ | ✓ |
| Detailed Monthly Management Reports | ✓ | ✓ | ✓ |
| Enter Patient/Demographics/Insurance | | ✓ | ✓ |
| Electronic eligibility | | ✓ | ✓ |
| Enter Charges | | ✓ | ✓ |
| Audits Claims for Coding, Billing & Data Accuracy | | ✓ | ✓ |
| CCI/LCD Medicare Coverage Checking | | ✓ | ✓ |
| Insurance appeals as required | | ✓ | ✓ |
| 24/7 access claims analytics | | ✓ | ✓ |
| Electronic Medical Records (No additional out of pocket costs) | | | ✓ |
| EMR Training Staff/Physician | | | ✓ |
| Custom templates | | | ✓ |
| E-prescribing | | | ✓ |
| Lab interface (inbound) | | | ✓ |
| Meaningful Use Certified | | ✓ System Medisoft | ✓ |
| Practice Reporting /Analysis | | | ✓ |

Please note; we pride ourselves in our "hands on" approach and take a personal interest in the success of your practice's billing and collections, hence we limit our clientele.



✓ A 50% discount on billing fees for any month you are not completely satisfied.
✓ Clean claims will be entered within 48 hours of receipt.
✓ 24 hours/7 days a week access to your billing information.

## Introducing Medisoft Mobile!     Call 877-787-8686 now for details.

Use your iPhone, iPad, or iPod Touch to enter charges, diagnosis codes, see patient information, and access your schedule.

And for a limited time; upgrade your Medisoft now and you can receive an Apple gift card up to $399*.



"Exceeding Practice Needs Since 1998"
25464 Commerce Center Drive, Suite 15
Temecula, CA 92590
Tel 951.676.8545 | Fax 951.676.4972

www.SeeMorePatients.com
www.jbsupport.net



*To be removed from this list, please dial (800)841-3020, x59830; or you may fax this to (951)676-4972 with the fax number to be removed.

Schwanke 0162



REMIT TO:

**10465 PARK MEADOWS DRIVE SUITE 200
LONE TREE, CO 80124**
*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 6/15/2013 | 1175858 |

| **Terms** |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 6/10/2013 Job: BFX-32824752 Name: ICD10 Flyer Billing Code: | 1.0 | $0.03 |
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 6/11/2013 Job: BFX-32887970 Name: ICD10 Flyer Billing Code: | 3,218.0 | $80.47 |

**When you provide a check as payment, you authorize us either to use
information from your check to make a one-time electronic fund transfer
from your account or to process the payment as a check transaction.**

**TOTAL** **80.50**

Questions? Please contact accounting@westfax.com for support.   Pg. 1

**medisoft**

# Get Medisoft with ICD-10 Readiness

### Starting at just $249/month

ICD-10 Codes go into effect in October, 2014, but the preparations begin far in advance. To help you get ready—and to keep more money in your pocket—we're offering a special deal on Medisoft. Purchase before the end of June and get ICD-10 readiness at no additional cost, when it's available.*

In addition to ICD-10 readiness, you get the practice management system you trust along with new enhancements to billing, scheduling and patient accounting. You can also take advantage of Medisoft Mobile, a no-fee application for the iPad and iPhone. Use your phone or tablet to view your schedule and to transmit charges, diagnosis codes and notes to the front desk or biller.

## There are two ways to take advantage of this offer:

### McKesson Practice Choice for Medisoft: Subscription pricing starting at just $249/month

With McKesson Practice Choice for Medisoft, you get Medisoft's proven practice management capabilities, as well as all the benefits of a cloud-based EMR system. Our subscription pricing, which start at $249/month, allow you to allocate the costs, helping keep cash flow in check.

### Medisoft Clinical: 25% discount on software purchase

Purchase Medisoft Clinical before the end of June and get 25% off the retail price.

## For more information on this special offer, contact:



JB medical management solutions

**Call: 877-787-8686**
**Email: Sales@jbmms.com**

JB Medical Management Solutions
2764 Commerce Center Dr Ste C
Temecula, CA 92590

*Any descriptions of future functionality reflect current product direction, are for informational purposes only and do not constitute a commitment to provide specific functionality. Timing and availability remain at McKesson's discretion and are subject to change and applicable regulatory approvals.

*To be removed from this list, please dial (800)841-3020, x69830; or you may fax this to (951)676-4972 with the fax number to be removed.

Schwanke 0164



REMIT TO:

**10465 PARK MEADOWS DRIVE SUITE 200
LONE TREE, CO 80124**
*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 7/13/2013 | 1178523 |

| **Terms** |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 7/12/2013 Job: BFX-34146679 Name: ICD-10V19Fax Billing Code: | 3,158.0 | $78.97 |

**When you provide a check as payment, you authorize us either to use
information from your check to make a one-time electronic fund transfer
from your account or to process the payment as a check transaction.**

| TOTAL | 78.97 |
|---|---|

Questions? Please contact accounting@westfax.com for support.



# 30% OFF Medisoft with ICD-10 Readiness

### Pre-Sale Special— MEDISOFT V19 for 30% OFF!

ICD-10 Codes go into effect in October of 2014, but the preparations begin far in advance. To help you get ready—and to keep more money in your pocket—we're offering this flaming hot deal on Medisoft V19.

In addition to ICD-10 readiness, you get the practice management system you trust along with new enhancements to billing including ANSI 5010 Readiness, scheduling and patient accounting. You can also take advantage of Medisoft Mobile, a no-fee application for the iPad and iPhone. Use your phone or tablet to view your schedule and to transmit charges, diagnosis codes and notes to the front desk or biller.

## This offer gets better:

### Pre-Purchase Medisoft V19 and get V18 NOW!

Why keep using your old Medisoft for the next couple of months? Now you don't have to. For a limited time, Pre-Purchase Medisoft V19 and we'll give you V18 now for FREE. That way you can use the latest Medisoft with all the new features and then upgrade to V19 when it's released and you'll be ready for ANSI 5010 and ICD-10.

## For more information on this special offer, contact:



**Call: 877-787-8686**
**Email: Sales@jbmms.com**

JB Medical Management Solutions
2764 Commerce Center Dr Ste C
Temecula, CA 92590

\* Limited time only. Medisoft V18 must be registered within 30 days of purchase to receive V19 when it is released. Failure to do so will result in cancellation of your Medisoft V19. Any descriptions of future functionality reflect current product direction, are for informational purposes only and do not constitute a commitment to provide specific functionality. Timing and availability remain at McKesson's discretion and are subject to change and applicable regulatory approvals.

\*To be removed from this list, please dial (800) 841-3020, x69939; or you may fax this to (951) 676-4972 with the fax number to be removed.



REMIT TO:

*10465 PARK MEADOWS DRIVE SUITE 200*
*LONE TREE, CO 80124*
*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 8/24/2013 | 1182633 |

| **Terms** |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 8/20/2013 Job: BFX-35752092 Name: ICD-10V19Fax Billing Code: | 3,188.0 | $79.71 |

**When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.**

| TOTAL | 79.71 |
|---|---|

Questions? Please contact accounting@westfax.com for support.



# 30% OFF Medisoft with ICD-10 Readiness

## Pre–Sale Special— MEDISOFT V19 for 30% OFF!

ICD-10 Codes go into effect in October of 2014, but the preparations begin far in advance. To help you get ready—and to keep more money in your pocket—we're offering this flaming hot deal on Medisoft V19.

In addition to ICD-10 readiness, you get the practice management system you trust along with new enhancements to billing including ANSI 5010 Readiness, scheduling and patient accounting. You can also take advantage of Medisoft Mobile, a no-fee application for the iPad and iPhone. Use your phone or tablet to view your schedule and to transmit charges, diagnosis codes and notes to the front desk or biller.

## This offer gets better:

## Pre-Purchase Medisoft V19 and get V18 NOW!

Why keep using your old Medisoft for the next couple of months? Now you don't have to. For a limited time, Pre-Purchase Medisoft V19 and we'll give you V18 now for FREE. That way you can use the latest Medisoft with all the new features and then upgrade to V19 when it's released and you'll be ready for ANSI 5010 and ICD-10.

## For more information on this special offer, contact:



**Call: 877-787-8686**
**Email: Sales@jbmms.com**

JB Medical Management Solutions
27464 Commerce Center Dr Ste C
Temecula, CA 92590

* Limited time only. Medisoft V18 must be registered within 30 days of purchase to receive V19 when it is released. Failure to do so will result in cancellation of your Medisoft V19. Any descriptions of future functionality, reflect current product direction, are for informational purposes only and do not constitute a commitment to provide specific functionality. Timing and availability remain at McKesson's discretion and are subject to change and applicable regulatory approval.

†To be removed from this list, please dial (800) 841-3020, x69630; or you may fax this to (951) 676-4972 with the fax number to be removed.



**REMIT TO:**

**10465 PARK MEADOWS DRIVE SUITE 200
LONE TREE, CO 80124**
TEL: (303) 299-9329
FAX: (303) 299-9309

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 11/2/2013 | 1190031 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 10/28/2013 Job: BFX-38523961 Name: CMS1500V19Fax Billing Code: | 3,196.0 | $79.91 |

| | TOTAL | 79.91 |
|---|---|---|

**When you provide a check as payment, you authorize us either to use
information from your check to make a one-time electronic fund transfer
from your account or to process the payment as a check transaction.**

Questions? Please contact accounting@westfax.com for support.          Pg. 1

# medisoft

# Drop Dead Date for NEW CMS 1500 Form is April 1st, 2014

## And it's only available in Medisoft V19!

So why don't you call 877-787-8686 and order your Medisoft V19 Pre-Purchase Upgrade now?

## ADDED BONUS:

For a limited time, Pre-Purchase Medisoft V19 and we'll give you V18 now for FREE. Why use your old outdated Medisoft? Now you don't have to. That way you can use the latest Medisoft with all the new features and then upgrade to V19 when it's released and you'll be ready for ANSI 5010 and ICD-10.

## For more information on this special offer, contact:



**Call: 877-787-8686**
**Email: Sales@jbmms.com**

JB Medical Management Solutions
27464 Commerce Center Dr Ste C
Temecula, CA 92590

* Limited time only. Medisoft V18 must be registered within 30 days of purchase to receive V19 when it is released. Failure to do so will result in cancellation of your Medisoft V19. Any descriptions of future functionality reflect current product direction, are for informational purposes only and do not constitute a commitment to provide specific functionality. Timing and availability remain at McKesson's discretion and are subject to change and applicable regulatory approvals.

*To be removed from this list, please dial (800) 841-3020, x69830; or you may fax this to (951) 676-4972 with the fax number to be removed.



**REMIT TO:**

**10465 PARK MEADOWS DRIVE SUITE 200**
**LONE TREE, CO 80124**
TEL: (303) 299-9329
FAX: (303) 299-9309

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 12/7/2013 | 1193211 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 12/4/2013 Job: BFX-39892447 Name: Tax179Fax Billing Code: | 3,243.0 | $81.10 |

| When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. | **TOTAL** | **81.10** |
|---|---|---|

Questions? Please contact accounting@westfax.com for support.  Pg. 1

# medisoft

# Upgrade your Medisoft Now and write it off on your Taxes!

## Tax Code 179 allows you to write off your Medisoft Upgrade

If you don't upgrade now; you're just throwing away money to the government. You're going to have to upgrade next year for ICD-10 Compliance anyway. Call us now to upgrade and save.

## ICD-10 is COMING:

There are new codes that you will have to start using next year in order to get paid. You will have to complete testing in order to submit your claims. ICD-10 is almost here and only Medisoft V19 is compatible with ICD-10.

Also, only Medisoft V19 has the new CMS-1500 Form. The drop dead date to be using the new CMS-1500 form is April 1st, 2014. You only have a few months left.

## For more information on this special offer, contact:



**Call: 877-787-8686**
**Email: Sales@jbmms.com**

JB Medical Management Solutions
27464 Commerce Center Dr Ste C
Temecula, CA 92590

* Limited time only. Contact your tax accountant to verify all benefits of purchasing software against the Tax Code 179. Descriptions of future functionality reflect current product direction, are for informational purposes only and do not constitute a commitment to provide specific functionality. Timing and availability remain at McKesson's discretion and are subject to change and applicable regulatory approvals.

To be removed from this list, please dial ( 800 ) 841-0920, x69830; or you may fax this to ( 951 ) 676-4972 with the fax number to be removed.

Schwanke 0170



REMIT TO:

**10465 PARK MEADOWS DRIVE SUITE 200**
**LONE TREE, CO 80124**
*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 2/14/2015 | 1232805 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 2/11/2015 Job: BFX-58569001 Name: V20ICD10fax Billing Code: | 2,976.0 | $74.41 |

| When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. | **TOTAL** | 74.41 |
|---|---|---|

# medisoft

# Centers for Medicare and Medicaid have completed testing for ICD-10 to move forward.

## Senators Orrin Hatch and Ron Wyden state that they don't see any reason for delaying ICD-10 anymore!

## ADDED BONUS:

Medisoft V20 will feature **Patient Intake Mobile Application**. You can now automate the patient intake and have it flow directly into Medisoft. Easily validate and apply the information to the patients account. This will significantly reduce the amount of time spent copying patient information from intake forms.

## For more information on this special offer, contact us at:



Call: 877-787-8686
Email: Sales@jbmms.com

JB Medical Management Solutions
27464 Commerce Center Dr Ste C
Temecula, CA 92590

\* Limited time only. Medisoft is ICD-10 Compliant and does not come with ICD codes built in. Ask us about importing ICD-10 Codes into Medisoft. Any descriptions of future functionality reflect current product direction, are for informational purposes only and do not constitute a commitment to provide specific functionality. Timing and availability remain at McKesson's discretion and are subject to change and applicable regulatory approvals.

\*To be removed from this list, please dial (800)841-3020, x69830; or you may fax this to (951)676-4972 with the fax number to be removed.

Schwanke 0168



REMIT TO:

**10465 PARK MEADOWS DRIVE SUITE 200
LONE TREE, CO 80124**

*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

JB Medical Management Solutions
Attn: Scott Parker
27464 Commerce Center Dr
Ste. C
Temecula, CA 92590

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5983 | 9/5/2015 | 1251415 |

| **Terms** |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal JBMEDICALMANAGEMENT - Date: 8/31/2015 Job: BFX-67991663 Name: V20ICD10_PT3fax Billing Code: | 2,999.0 | $74.98 |

| When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. | **TOTAL** | 74.98 |
|---|---|---|

# medisoft

# Time is Running Out!

## There are only 30 Days until ICD-10

**In order to submit claims for ICD-10, you will need to upgrade your Medisoft.  October 1st, 2015 is the cut-off.  After that, your claims will not be accepted.  If your claims are not accepted, you won't get paid!**

---

### ICD-10 Testing:

You may want to contact your clearinghouse, or your carriers, to see if you need to complete ICD-10 testing prior to going live.  Many are requiring that you pass testing prior to October 1st to ensure that your software is ready.  If you have to test, you will need to upgrade immediately to give you time to pass.

## For more information on upgrading, contact us NOW!



| JB medical management solutions | Call: 877-787-8686 |
| --- | --- |
| | Email: Sales@jbmms.com |
| | JB Medical Management Solutions |
| | 29910 Murrieta Hot Springs Rd Ste: G-410 |
| | Murrieta, CA  92563 |

\* Limited time only. Medisoft is ICD-10 Compliant and does not come with ICD-10 codes built in.  Ask us about importing ICD-10 Codes into Medisoft.  Any descriptions of future functionality reflect current product direction, are for informational purposes only and do not constitute a commitment to provide specific functionality.  Timing and availability remain at McKesson's discretion and are subject to change and applicable regulatory approvals.

*To be removed from this list, please dial  (800 )641-3020, x69550; or you may fax this to  (951 )676-4972 with the fax number to be removed.

Schwanke 0169